UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: KHOSRO FARAHANI

Case No. 15-30830

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 05/31/16    PETITION DATE: 06/29/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $19,211 | | |
| b. Total Assets | $3,950,218 | | |
| c. Current Liabilities | | | |
| d. Total Liabilities | $2,707,445 | | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $24,720 | | $0 |
| b. Total Disbursements | $19,567 | | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $4,735 | | $0 |
| d. Cash Balance Beginning of Month | $14,476 | | $0 |
| e. Cash Balance End of Month (c + d) | $19,211 | | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ; U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.) Debtor is expected to make US Qtly Fee payment for 4th Quarter 2015 wihin 10 days.

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6/21/16 0:00    /s/ Khosro Farahani
                     Responsible Individual

Revised 1/1/98

Case: 15-30830   Doc# 53   Filed: 06/29/16   Entered: 06/29/16 18:06:17   Page 1 of 9

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended    05/31/16

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $19,211 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $19,211 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential)920 Aruba Lane, San Mateo, CA | | $1,990,224 |
| 8 | Real property (rental or commercial)406 Promenade Lane, Redwood City, CA | | $1,925,773 |
| 9 | Furniture, Fixtures, and Equipment | x | $3,105 |
| 10 | Vehicles | x | $1,905 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other:   Mission Auto Sales (sole proprietorship operating | | |
| 16 | from debtor's residence. | | $10,000 |
| 17 | **Total Long Term Assets** | | $3,931,007 |
| 18 | **Total Assets** | | $3,950,218 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $4,700 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $3,904 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $8,604 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $8,604 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) 920 Aruba | | $1,119,350 |
| 29 | Secured claims (other) 408 Promenade 1st:  1,332,913; JP Morgan Chase $163,000 | | $1,495,913 |
| 30 | Priority unsecured claims State BOE $39,568; FTB $2,387; IRS $7,772 | | $49,727 |
| 31 | General unsecured claims BOE $6,215; FTB $1,252; IRS $25,628.56; San Mateo 755 | | $33,851 |
| 32 | **Total Pre-Petition Liabilities** | | $2,698,841 |
| 33 | **Total Liabilities** | | $2,707,445 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $1,232,166 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $3,931,007 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

Case: 15-30830    Doc# 53    Filed: 06/29/16    Entered: 06/29/16 18:06:17    Page 2 of 9

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

<u>List the Rental Information Requested Below By Properties (For Rental Properties Only)</u>

|  |  | **Property 1** | **Property 2** |
|---|---|---|---|
| 1 | Description of Property | 406 Promenade Lane | |
| 2 | Scheduled Gross Rents | $4,700 | |
|  | Less: | | |
| 3 | Vacancy Factor | | |
| 4 | Free Rent Incentives | | |
| 5 | Other Adjustments | | |
| 6 | Total Deductions | $0 | $0 |
| 7 | Scheduled Net Rents | $4,700 | $0 |
| 8 | Less: Rents Receivable (2) | | |
| 9 | Scheduled Net Rents Collected (2) | $4,700 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

|  |  | **Account 1** | **Account 2** |
|---|---|---|---|
| 10 | Bank | FNB Norcal | |
| 11 | Account No. | 3265 | |
| 12 | Account Purpose | Business | |
| 13 | Balance, End of Month | $14,476 | |
| 14 | Total Funds on Hand for all Accounts | $19,211 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Opera

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 05/31/16

|    |                                                                                           | Actual Current Month | Cumulative (Case to Date) |
|----|-------------------------------------------------------------------------------------------|----------------------|---------------------------|
|    | **Cash Receipts**                                                                         |                      |                           |
| 1  | Rent/Leases Collected                                                                     | $4,700               |                           |
| 2  | Cash Received from Sales                                                                  |                      |                           |
| 3  | Interest Received                                                                         |                      |                           |
| 4  | Borrowings                                                                                |                      |                           |
| 5  | Funds from Shareholders, Partners, or Other Insiders                                      |                      |                           |
| 6  | Capital Contributions                                                                     |                      |                           |
| 7  |                                                                                           |                      |                           |
| 8  | Operation of Car Brokerage Business                                                       | $19,520              |                           |
| 9  | Cash Receipts                                                                             |                      |                           |
| 10 | Other Income (Debtor's Wife's P/T School Transportation Service                           |                      |                           |
| 11 | (picks up and dorps off kids to and from school).                                         | $500                 |                           |
| 12 | **Total Cash Receipts**                                                                   | $24,720              | $0                        |
|    | **Cash Disbursements**                                                                    |                      |                           |
| 13 | Selling                                                                                   |                      |                           |
| 14 | Administrative                                                                            |                      |                           |
| 15 | Capital Expenditures                                                                      |                      |                           |
| 16 | Principal Payments on Debt                                                                |                      |                           |
| 17 | Interest Paid                                                                             |                      |                           |
|    | Rent/Lease:                                                                               |                      |                           |
| 18 |    Personal Property                                                       |                      |                           |
| 19 |    Real Property                                                           |                      |                           |
|    | Amount Paid to Owner(s)/Officer(s)                                                        |                      |                           |
| 20 |    Salaries                                                                |                      |                           |
| 21 |    Draws                                                                   |                      |                           |
| 22 |    Commissions/Royalties                                                   |                      |                           |
| 23 |    Expense Reimbursements                                                  |                      |                           |
| 24 |    Other                                                                   |                      |                           |
| 25 | Salaries/Commissions (less employee withholding)                                          |                      |                           |
| 26 | Management Fees                                                                           |                      |                           |
|    | Taxes:                                                                                    |                      |                           |
| 27 |    Employee Withholding                                                    |                      |                           |
| 28 |    Employer Payroll Taxes                                                  |                      |                           |
| 29 |    Real Property Taxes                                                     |                      |                           |
| 30 |    Other Taxes                                                             |                      |                           |
| 31 | Other Cash Outflows:                                                                      |                      |                           |
|    | 920 Aruba Lane, San Mateo, CA (Debtor's Residence ($3,604                                 | $3,810               |                           |
| 32 | inc T&I)                                                                                  |                      |                           |
|    | Water Aruba Lane                                                                          | $400                 |                           |
|    | PG&E Aruba Lane                                                                           | $100                 |                           |
| 33 | 406 Promenade Lane, Redwood City, CA($4,150 inc. T&I)                                     | $4,132               |                           |
|    | PG&E for Promenade Lane                                                                   | $151                 |                           |
| 34 | UST Fees                                                                                  | $650                 |                           |
|    | Inventory Expense (Car Purchases)                                                         | $8,400               |                           |
| 35 | Operating Expense of Debtor's Auto Brokerage Business                                     | $1,229               |                           |
| 36 | Personal Household Expenses                                                               | 1,113                |                           |
| 37 | **Total Cash Disbursements:**                                                             | $19,567              | $0                        |
| 38 | **Net Increase (Decrease) in Cash**                                                       | $4,735               | $0                        |
| 39 | **Cash Balance, Beginning of Period**                                                     | $14,476              |                           |
| 40 | **Cash Balance, End of Period**                                                           | $19,211              | $0                        |

Revised 1/1/98

Case: 15-30830    Doc# 53    Filed: 06/29/16    Entered: 06/29/16 18:06:17    Page 4 of 9

# fnb norcal
FIRST NATIONAL BANK
OF NORTHERN CALIFORNIA

```
                                    ACCOUNT:          3265    PAGE:      1
                                    DOCUMENTS:  14           05/18/2016
```

```
        KHOSRO FARAHANI                                        18-0
        920 ARUBA LN                                              0
        FOSTER CITY CA  94404-3802                               14
```

```
=================================================================================
REDWOOD CITY BRANCH
700 EL CAMINO REAL                      TELEPHONE:650-299-0700
REDWOOD CITY, CA 94063
=================================================================================
     Personal Mobile Banking. Simplicity at hand. Download our personal Mobile
     Banking app, "fnbnorcal", from the App Store or Play Store.
=================================================================================
                     50 PLUS BENEFITS ACCOUNT      8265
=================================================================================
        DESCRIPTION              DEBITS         CREDITS    DATE      BALANCE

BALANCE LAST STATEMENT ...........................         04/18/16   10,438.74
WU:Caliber WUCaliber 00009803989103
                                  3,809.61                 04/19/16    6,629.13
PENNYMAC ACH PYTS 1002308954      4,131.57                 04/19/16    2,497.56
CHECK #  122   US Trustee Fees      650.00                 04/21/16    1,847.56
CHECK #  121   Dr. Visit             75.00                 04/27/16    1,772.56
CHECK #  123   Recology San Mateo    96.18                 04/27/16    1,676.38
CHECK #  124   Attorney             600.00                 04/27/16    1,076.38
DEPOSIT                                        1,000.00    04/28/16    2,076.38
DEPOSIT                                        1,200.00    04/28/16    3,276.38
DEPOSIT                                        4,000.00    04/28/16    7,276.38
DEPOSIT                                        4,000.00    04/29/16   11,276.38
DEPOSIT                                        4,700.00    04/29/16   15,976.38
CHECK #  126   Contractor Repair   1,500.00                04/29/16   14,476.38
ATT Payment XXXXX3002EPAYV            79.77                05/02/16   14,396.61
CHECK #  127   Costco                 14.69                05/03/16   14,381.92
CHECK #  129   PG&E                  100.00                05/06/16   14,281.92
CHECK #  125   Medical                75.00                05/10/16   14,206.92
DEPOSIT                                        1,050.00    05/11/16   15,256.92
DEPOSIT                                        4,000.00    05/11/16   19,256.92
CHECK #  134   Car Repair           600.00                 05/11/16   18,656.92
CHECK #  133   Car Payout         3,900.00                 05/11/16   14,756.92
DEPOSIT                                        5,000.00    05/13/16   19,756.92
CHECK #  132   Costco                44.19                 05/13/16   19,712.73
CHECK #  135   PG&E                 151.28                 05/16/16   19,561.45
DEPOSIT                                        1,200.00    05/17/16   20,761.45
                      * * *  C O N T I N U E D  * * *
```

Case: 15-30830    Doc# 53    Filed: 06/29/16    Entered: 06/29/16 18:06:17    Page 5 of 9



**fnb norcal**
FIRST NATIONAL BANK
OF NORTHERN CALIFORNIA

KHOSRO FARAHANI

===========================================================================
50 PLUS BENEFITS ACCOUNT ███3265
===========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| REDWOOD CITY 6507807216 | 400.00 | | 05/17/16 | 20,361.45 |
| CHECK # 137  Arash Farahani (College) | 50.00 | | 05/18/16 | 20,311.45 |
| CHECK # 136  Aria Farahani (College) | 200.00 | | 05/18/16 | 20,111.45 |
| BALANCE THIS STATEMENT | | | 05/18/16 | 20,111.45 |

| | | | | |
|---|---|---|---|---|
| TOTAL CREDITS | (9) | 26,150.00 | MINIMUM BALANCE | 1,076.38 |
| TOTAL DEBITS | (18) | 16,477.29 | AVG AVAILABLE BALANCE | 9,977.52 |
| | | | AVERAGE BALANCE | 11,514.19 |

===========================================================================
YOUR CHECKS SEQUENCED
===========================================================================
DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 04/27 | 121 | 75.00 | 04/29 | 126 | 1,500.00 | 05/11 | 134 | 600.00 |
| 04/21 | 122 | 650.00 | 05/03 | 127* | 14.69 | 05/16 | 135 | 151.28 |
| 04/27 | 123 | 96.18 | 05/06 | 129* | 100.00 | 05/18 | 136 | 200.00 |
| 04/27 | 124 | 600.00 | 05/13 | 132 | 44.19 | 05/18 | 137 | 50.00 |
| 05/10 | 125 | 75.00 | 05/11 | 133 | 3,900.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - I N T E R E S T - - - - - - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | .00 | INTEREST EARNED: | .00 |
| INTEREST PAID THIS PERIOD: | .00 | DAYS IN PERIOD: | |
| | | ANNUAL PERCENTAGE YIELD EARNED: | .00% |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
*****************************************************************************
*                               |  TOTAL FOR    |   TOTAL           *
*                               |  THIS PERIOD  |   YEAR TO DATE    *
*-------------------------------|---------------|-------------------*
* TOTAL OVERDRAFT FEES:         |     $.00      |      $.00         *
*-------------------------------|---------------|-------------------*
* TOTAL RETURNED ITEM FEES:     |     $.00      |      $.00         *
*****************************************************************************
```

# fnb norcal
**FIRST NATIONAL BANK OF NORTHERN CALIFORNIA**

ACCOUNT: ███3265
DOCUMENTS: 14

PAGE: 1
06/17/2016

KHOSRO FARAHANI
920 ARUBA LN
FOSTER CITY CA 94404-3802

18-0
0
14

```
================================================================================
REDWOOD CITY BRANCH                          TELEPHONE: 650-299-0700
700 EL CAMINO REAL
REDWOOD CITY, CA 94063
================================================================================
```

Personal Mobile Banking. Simplicity at hand. Download our personal Mobile Banking app, "fnbnorcal", from the App Store or Play Store.

***** Privacy Notice *****

Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.fnbnorcal.com/our-privacy-policy or we will mail you a free copy upon request if you call us at 1-800-227-4962.

## 50 PLUS BENEFITS ACCOUNT ███3265

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---:|---:|---|---:|
| BALANCE LAST STATEMENT | | | 05/18/16 | 20,111.45 |
| CHECK # 130 | 40.00 | | 05/19/16 | 20,071.45 |
| CHECK # 139 | 50.00 | | 05/23/16 | 20,021.45 |
| CHECK # 128 | 75.00 | | 05/23/16 | 19,946.45 |
| CHECK # 131 | 75.00 | | 05/23/16 | 19,871.45 |
| CHECK # 141 | 4,500.00 | | 05/25/16 | 15,371.45 |
| ATT Payment 789348008MBC1U | 231.44 | | 05/25/16 | 15,140.01 |
| DEPOSIT | | 1,270.00 | 05/27/16 | 16,410.01 |
| DEPOSIT | | 2,000.00 | 05/27/16 | 18,410.01 |
| WU:Caliber WUCaliber 00009803989103 | 3,809.61 | | 05/27/16 | 14,600.40 |
| CHECK # 140 | 312.38 | | 05/27/16 | 14,288.02 |
| DEPOSIT | | 1,000.00 | 05/31/16 | 15,288.02 |
| DEPOSIT | | 4,000.00 | 05/31/16 | 19,288.02 |
| ATT Payment XXXXX4002EPAYX | 77.00 | | 05/31/16 | 19,211.02 |
| PENNYMAC ACH PYTS 1002308954 | 4,131.57 | | 06/01/16 | 15,079.45 |
| ATT Payment 493006006MBC1D | 228.34 | | 06/02/16 | 14,851.11 |
| CHECK # 142 | 5,600.00 | | 06/03/16 | 9,251.11 |
| FC UTILITIES 6502863261 | 171.84 | | 06/06/16 | 9,079.27 |
| DEPOSIT | | 4,000.00 | 06/07/16 | 13,079.27 |

\* \* \* C O N T I N U E D \* \* \*

Case: 15-30830    Doc# 53    Filed: 06/29/16    Entered: 06/29/16 18:06:17    Page 7 of 9



```
                                        ACCOUNT:             ████3265   PAGE:    2
                                        DOCUMENTS:               14    06/17/2016
```

**fnb norcal**
FIRST NATIONAL BANK
OF NORTHERN CALIFORNIA

KHOSRO FARAHANI

```
================================================================================
                      50 PLUS BENEFITS ACCOUNT ████3265
================================================================================
       DESCRIPTION              DEBITS        CREDITS     DATE       BALANCE

XX8406 ATM WITHDRAWAL FNB OF N CA 700 EL CAMINO RE
   REDWOOD CITY CAUS            100.00                  06/07/16    12,979.27
SAN MATEO CTY CC NBS 0M243-8KZM56-01
                                 20.00                  06/08/16    12,959.27
CHECK # 138                      95.00                  06/09/16    12,864.27
DEPOSIT                                      1,500.00   06/13/16    14,364.27
DEPOSIT                                      1,700.00   06/13/16    16,064.27
XX8406 POS PURCHASE FOOD 4 LE 1401 FOOD 4 LE 1401 BRO
   REDWOOD CITY CAU              29.59                  06/13/16    16,034.68
XX8406 POS PURCHASE COSTCO WHSE #0147 1001 METRO
   CENTER FOSTER CITY CA         31.99                  06/13/16    16,002.69
XX8406 POS PURCHASE CAROUEST 7001 CAROUEST 7001
   BELMONT CAUS                  59.98                  06/13/16    15,942.71
XX8406 POS PURCHASE PEPBOYS STORE PEPBOYS STORE # 82
   SAN CARLOS CAUS               62.10                  06/13/16    15,880.61
XX8406 POS PURCHASE COSTCO WHSE #0147 1001 METRO
   CENTER FOSTER CITY CA        122.56                  06/13/16    15,758.05
CHECK # 147                   4,200.00                  06/13/16    11,558.05
CHECK # 143                      75.00                  06/13/16    11,483.05
DEPOSIT                                      2,000.00   06/14/16    13,483.05
CHECK # 145                      65.00                  06/14/16    13,418.05
CHECK # 146                      75.00                  06/14/16    13,343.05
XX8406 POS PURCHASE FOOD 4 LESS 1401 BROADWAY REDWOOD
   CITY CAUS                     12.55                  06/15/16    13,330.50
XX8406 POS PURCHASE REDWOOD CITY GROC OTLT 1833
   BROADWAY REDWOOD CITY         16.35                  06/15/16    13,314.15
CHECK                         5,800.00                  06/15/16     7,514.15
DEPOSIT                                      1,000.00   06/16/16     8,514.15
XX8406 POS PURCHASE DEAN`S PRODUCE DEAN`S PRODUCE SAN
   MATEO CAUS                    12.82                  06/16/16     8,501.33
CHECK                         5,500.00                  06/16/16     3,001.33
DEPOSIT                                      4,700.00   06/17/16     7,701.33
XX8406 POS PURCHASE AMERICAN PHONE SER AMERICAN PHONE
   SER ALPHARETTA G              20.55                  06/17/16     7,680.78
REDWOOD CITY 6507807216         400.00                  06/17/16     7,280.78
BALANCE THIS STATEMENT ....................             06/17/16     7,280.78

TOTAL CREDITS       (10)     23,170.00   MINIMUM BALANCE            3,001.33
TOTAL DEBITS        (32)     36,000.67   AVG AVAILABLE BALANCE     13,079.09
                                         AVERAGE BALANCE           13,781.76
                        * * *  C O N T I N U E D  * * *
```

Case: 15-30830   Doc# 53   Filed: 06/29/16   Entered: 06/29/16 18:06:17   Page 8 of 9


KHOSRO FARAHANI

==============================================================================
YOUR CHECKS SEQUENCED
==============================================================================
DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06/15 | * | 5,800.00 | 06/09 | 138 | 95.00 | 06/13 | 143* | 75.00 |
| 06/16 | * | 5,500.00 | 05/23 | 139 | 50.00 | 06/14 | 145 | 65.00 |
| 05/23 | 128* | 75.00 | 05/27 | 140 | 312.38 | 06/14 | 146 | 75.00 |
| 05/19 | 130 | 40.00 | 05/25 | 141 | 4,500.00 | 06/13 | 147 | 4,200.00 |
| 05/23 | 131* | 75.00 | 06/03 | 142 | 5,600.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - - I N T E R E S T - - - - - - - - - -

AVERAGE LEDGER BALANCE:       .00   INTEREST EARNED:                      .00
INTEREST PAID THIS PERIOD:    .00   DAYS IN PERIOD:
                                    ANNUAL PERCENTAGE YIELD EARNED:      .00%

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
******************************************************************
*                               |  TOTAL FOR   |    TOTAL         *
*                               |  THIS PERIOD |   YEAR TO DATE   *
*-----------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:         |    $.00      |      $.00        *
*-----------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:     |    $.00      |      $.00        *
******************************************************************
```